UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARQUITA PITTMAN                                    JURY TRIAL DEMANDED

V.                                                  CASE NO. 3:10CV 1874 (PCD)

THE BARBERINO BROTHERS, INCORPORATED
Et Al.

REQUEST TO CLERK TO ENTER DEFAULT

Defendants BARBERINO BROTHERS and CAPITAL ONE AUTO FINANCE having failed to respond to the Complaint and the time for filing a response having expired, you are requested to enter a default against said defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

The facts supporting this request appear on the face of the record herein.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner __
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on February 24, 2011, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Also mailed to

Capital One Auto Finance, 15000 Capital One Drive, Richmond VA 23238
Barberino Brothers, Inc., 505 N. Colony Rd, Wallingford Ct  06492
____/s/ Joanne S. Faulkner___
Joanne S. Faulkner