UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARQUITA PITTMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BARBERINO BROTHERS, INC., et al. )<br>)<br>Defendants. ) | <br><br><br><br>CIVIL ACTION NO. 3:10-cv-1874-PCD<br><br><br><br>FEBRUARY 25, 2011 |

## MOTION TO SET ASIDE ENTRY OF DEFAULT

The defendant, Capital One Auto Finance, Inc. ("Capital One"), respectfully requests, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, that this Court set aside the default entered by the clerk on February 25, 2011. (Electronic Order, Dkt. #20, 2/25/2011) In support of this motion, Capital One states the following:

1. The plaintiff, through her counsel, consents to the granting of this motion.

2. Capital One is filing its Answer contemporaneously with this motion.

3. As the result of an internal calendaring problem, Capital One did not retain the undersigned to appear in this action until yesterday, February 24, 2011.

4. Upon being retained, the undersigned promptly entered an appearance, contacted counsel for the plaintiff, and began conducting a factual investigation regarding the allegations set forth in the Complaint regarding Capital One.

5. Capital One submits that the foregoing constitutes good cause for the setting aside of the default entered by the clerk on February 25, 2011.

WHEREFORE, Capital One respectfully requests that this Court grant this motion and set aside the default entered by the clerk as to Capital One Auto Finance, Inc.

ME1 11292682v.1

THE DEFENDANT,
CAPITAL ONE AUTO FINANCE, INC.


BY:   /s/Charles D. Ray
      Charles D. Ray (ct13211)
      McCarter & English LLP
      CityPlace I
      185 Asylum Street
      Hartford, CT  06103
      860-275-6774
      860-724-3397 (facsimile)
      *cray@mccarter.com*

      Its Attorneys

ME1 11292682v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, a copy of the foregoing Motion To Set Aside Entry of Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/Charles D. Ray
Charles D. Ray (ct13211)
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
860-275-6774
860-724-3397 (facsimile)
cray@mccarter.com